UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)                                    CASE NO.: __11-21301__

☑ __3rd__    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: BALSLEY, DONALD BRADEN        JOINT DEBTOR: BALSLEY, KIMBERLY LEIGH

Last Four Digits of SS# XXX-XX-0082        Last Four Digits of SS# XXX-XX-6828

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $__1,166.41__ for months __1__ to __60__ ;
B.   $_____ for months _____ to _____ ;
C.   $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $__3,500.00 + $1,050.00 (2 Motions to Value Collateral) = $4,550.00__
                   TOTAL PAID       $__1,750.00__
                   Balance Due      $__2,800.00__  payable $__350.00__ month (Months __1__ to __8__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____
   Address _____    Arrears Payment  $_____ /month (Months ____ to ____)
                                 Regular Payment  $_____ /month (Months ____ to ____)
   Loan # _____     Arrears Payment  $_____ /month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Payoff Amount | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Wfs Financial/Wachovia Dealer Services *3657 (2010 Nissan Versa) | $9,190.31 | 5.25% | $174.49 | 1 - 60 | $10,469.40 |
| Nissan Motor Acceptance *0001 (2011 Nissan Frontier) | $19,460.86 | 5.25% | $369.48 | 1 - 60 | $22,168.80 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __Internal Revenue Service__    Total Due  $__1,212.59__
   (2010 Income Taxes)             Payable    $__20.21__ /month (Months __1__ to __60__)

Unsecured Creditors: Pay $__146.19__ month (Months __1__ to __8__); Pay $__496.19__ month (Months __9__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The Debtors are current on all payments on their homestead property located at 1105 Persian Lane, Sebastian, FL 32958 which is secured by Bac Home Loans Servicing (Mortgage *5244) and the Indian River County Tax Collector. The Debtors surrender any and all interest in the real property located at 1010 Quiet Pines Lane, Prescott, AZ 86303 which is secured by USAA Fed Savings Bank (First Mortgage *3536), United Guaranty (Second Mortgage *5337), and the Yavapai County Tax Assessor. Debtors shall provide copies of yearly income tax returns to the Trustee no later than May 15th while the Chapter 13 case is pending. In the event Debtors' income or tax refunds increase, Debtors shall increase payments to the unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

___/s/___
Donald Braden Balsley

___/s/___
Kimberly Leigh Balsley

Date: __June 29, 2011__

LF-31(rev. 8/01/06)